1  BRUCE C. YOUNG, ESQ., Bar #5560
   KRISTINA N. ESCAMILLA, ESQ., Bar #11564
2  LITTLER MENDELSON
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV 89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811

5  Attorneys for Defendant
   THI OF NEVADA AT LAS VEGAS I, LLC dba HARMON
6  MEDICAL AND REHABILITATION CENTER

7

8                     UNITED STATES DISTRICT COURT

9                            DISTRICT OF NEVADA

10

| 11 | ARISTOTLE DE LEON, an individual, | Case No. 2:11-cv-00706-ECR-PAL |
|---|---|---|
| 12 | Plaintiff, | ORDER GRANTING |
| 13 | vs. | STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| 14 | THI OF NEVADA AT LAS VEGAS I, LLC, a foreign limited liability company doing business in the State of Nevada as HARMON MEDICAL AND REHABILITATION CENTER; DOES 1 through 10, inclusive; ROES CORPORATIONS ENTITIES 1 through 10 inclusive, | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |

19

20        The parties to this litigation, by and through their respective counsel of record, hereby

21  stipulate and respectfully request that the Court enter an order dismissing this action in its entirety,

22  with prejudice.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /
    Answer

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree that each party will bear its own costs and fees.

IT IS SO STIPULATED.

DATED: 9/28/11

_____
M. LANI ESTEBAN-TRINIDAD, ESQ.
ESTEBAN-TRINIDAD LAW, P.C.
Nevada Bar No. 6967
4315 N. Rancho Drive, Ste. 110
Las Vegas, Nevada 89130
Telephone: (702) 736-5297
Fax: (702) 736-5299

Attorney for Plaintiff
ARISTOTLE DE LEON

DATED: 10/5/2011

_____
BRUCE C. YOUNG, ESQ.
LITTLER MENDELSON
Nevada Bar No. 5560
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169
Telephone: (702) 862-8800
Fax: (702) 862-8811

Attorneys for Defendant
THI OF NEVADA AT LAS VEGAS I, LLC
dba HARMON MEDICAL AND
REHABILITATION CENTER

IT IS SO ORDERED.

DATED: October 13, 2011.

By: _Edward C. Reed._____
UNITED STATES DISTRICT JUDGE

Firmwide:103925454.1 052893.1072

Answer                                         2.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800